IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | No. 22-CR-1002 |
|  | ) |  |
| MATTHEW DANIEL BIRCH, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**GOVERNMENT'S SENTENCING MEMORANDUM**

In advance of the sentencing hearing currently set on April 11, 2023, at 3:00 p.m., the United States hereby provides its sentencing memorandum.

**A. Government Witnesses**

None.

**B. Government Exhibits**

None.

**C. Sentencing Issues**

It is the government's understanding that defendant is withdrawing his objection to the drug quantity calculated by the probation office and will not contest his offense level. There are no contested guidelines issues for the Court to resolve.

Defendant may file a motion for a downward departure and/or variance, to which the government will respond in a separate filing.

1

**D. Timing**

The government anticipates that the sentencing hearing will last no more than 30 minutes.

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2023 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ mas

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Devra T. Hake*
DEVRA T. HAKE
Special Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
Tel.: 319-363-6333
Fax: 319-363-1990
Devra.Hake@usdoj.gov