UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Case No. 22-cr-1002 |
| vs. | ) **NOTICE OF FILING SENTENCING** |
| MATTHEW DANIEL BIRCH, | ) **EXHIBITS – MEDICAL RECORDS** |
| Defendant. | ) |

COMES NOW Defendant Matthew Daniel Birch, by and through his attorneys, Andrea D. Jaeger of Keegan, Tindal, & Jaeger, and hereby submits the following exhibits to be used at sentencing:

F. Records of University of Iowa Hospitals & Clinics bates numbered UHIC 1-731 (under seal).

Respectfully submitted,

*/s/ Andrea D. Jaeger*
Andrea D. Jaeger
Keegan, Tindal, and Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

### Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on April 4, 2023, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*